```
1  PATRICK L. FORTE
   Attorney at Law
2  State Bar #80050
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4

5  Attorney for Debtors
```

                    UNITED STATES BANKRUPTCY COURT

                    NORTHERN DISTRICT OF CALIFORNIA

**In re:**                              No.  07-40335 EDJ

**JASON THOMAS McMULLEN
and SHERI ANNE McMULLEN,**              Chapter 13

                                        **OBJECTION TO CLAIM #16 OF
                                        BRIAN AND ROGER SIGG/OCEAN'S
                                        MYSTERIES AND OPPORTUNITY
                Debtors.                FOR HEARING**
_____/

    The undersigned objects to allowance of Claim No. 16 filed by Brian and Roger Sigg/Ocean's Mysteries, Attn: Roger Sigg, 1564 Autumn Valley Way, Brentwood, CA 94513.

    ( )  For any amount

    ( )  Except as an unsecured claim for $_____.

    ( )  Except as a secured arrearage claim for $_____.

    (X)  Except as an unsecured nonpriority claim for $51,964.21.

for the following reason:    Claimant should exercise its right to
                             setoff as to any security deposit it is
                             holding.
///
///

**PLEASE TAKE NOTICE:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty (20) days of mailing of this Notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: January 3, 2008        /s/ Patrick L. Forte
                              PATRICK L. FORTE
                              Attorney for Debtors