Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 07-60520

Attorneys for Movant,
BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In re:

JASON THOMAS MCMULLEN AND
SHERI ANNE MCMULLEN FDBA OCEAN MYSTERIES,

Debtors.

Case No.: 07-40335 JG
Chapter 13

### MOTION TO APPROVE LOAN MODIFICATION

COUNTRYWIDE HOME LOANS SERVICING, L.P. ("Movant" herein) respectfully requests entry of an order approving a modification of the terms of the existing loan in the form attached hereto as **Exhibit "1"** and incorporated herein by this reference, and in support of the relief requested, states as follows:

1. On or about May 2, 2005, Secured Creditor made a loan to the Debtors in the original principal amount of $335,000.00 for property located at **1322 Yosemite Circle, Oakley, CA 94561.**

2. Debtors filed a Chapter 13 petition on or about February 2, 2007 and on March 22, 2007, an Order Confirming Chapter 13 Plan was entered.

///

3. Debtors has requested a modification of the terms of the loan and the parties entered into negotiations for the modification of the existing loan terms that culminated in an agreement to modify the loan, subject to this court's approval, in the form attached hereto as **Exhibit "1"**.

4. Court approval is sought because the Plan has already been confirmed and such a loan modification likely does not constitute an "ordinary course of business" transaction for the Debtors.

5. Approval of the Loan Modification will benefit the Debtors and will not prejudice any party in interest.

6. Notice of the relief requested has been provided to interested parties.

WHEREFORE, Secured Creditor requests entry of an Order Approving the Loan Modification in the form attached as **Exhibit "1"**, and for such other and further relief as the Court deems just and proper.

MILES, BAUER, BERGSTROM & WINTERS, LLP

DATED: 1/25/10        By: /s/ Mark T. Domeyer
                          Mark T. Domeyer, Esq.
                          Attorney for Movant