```
 1   PATRICK L. FORTE, #80050
     ANNE Y. SHIAU, #273709
 2   LAW OFFICES OF PATRICK L. FORTE
     One Kaiser Plaza, #480
 3   Oakland, CA 94612
     Telephone: (510) 465-3328
 4   Facsimile: (510) 763-8354

 5   Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 07-40335 EDJ** |
| **JASON THOMAS MCMULLEN and SHERI ANNE MCMULLEN,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors' July & August 2011 plan payments shall be suspended. Commencing September 2011, debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Mr. & Ms. McMullen are currently unemployed. Mr. McMullen's is no longer receiving unemployment benefits.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: July 6, 2011

          /s/ Patrick L. Forte
          PATRICK L. FORTE
          Attorney for Debtors